GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (*pro hac vice*)
JAY P. SRINIVASAN (*pro hac vice*)
S. CHRISTOPHER WHITTAKER (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
BORIS BERSHTEYN (*pro hac vice*)
KAREN HOFFMAN LENT (*pro hac vice
  forthcoming*)
One Manhattan West
New York, NY  10001-8602
Telephone:  212.735.3000
Facsimile:  917.777.2000

HOWARD & HOWARD ATTORNEYS
  PLLC
W. WEST ALLEN (NV Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:  702.667.4843
Facsimile:  702.567.1568
wwa@h2law.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN CAB COMPANY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:24-cv-00401-GMN-MDC<br><br>**STIPULATION AND ORDER TO SUSPEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 7-1 and IA 6-1, Plaintiff Western Cab Company ("Western Cab"), and all Defendants in this action, Permian Resources Corp. f/k/a Centennial Resource Development, Inc., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, and Pioneer Natural Resources Company (together, "Defendants")[1], by and through their respective counsel and pending the Court's approval, hereby stipulate as follows:

WHEREAS, Western Cab filed its Complaint against Defendants on February 28, 2024 (ECF No. 1);

WHEREAS, certain Defendants were served with the Complaint on March 7 and 8, 2024;

WHEREAS, the instant action was reassigned to this Court on March 7, 2024, on the basis that it "asserts substantially overlapping claims, names similar defendants, involves similar questions of fact, and shares a common question of law" as eight other actions[2] (the "Related Cases") filed in this District, and accordingly is "related to the others filed in this district within the meaning of Local Rule 42-1" (ECF No. 9 at 1);

WHEREAS, on March 4, 2024, this Court conducted a hearing in the Related Cases concerning "whether venue is proper in Nevada and whether this Court may properly exercise personal jurisdiction over the Defendants." Case No. 2:24-cv-00103, ECF Nos. 34, 147. During the hearing, Defendants informed the Court that they plan to file a motion to transfer venue, and the Court set a briefing schedule on that motion. Case No. 2:24-cv-00103, ECF No. 147. The

---

[1] By entering into this stipulation, none of the Defendants are waiving any of their potential defenses or arguments to this action, including but not limited to those related to personal jurisdiction and venue.

[2] The eight other related cases assigned to this Court are: *Rosenbaum et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00103-GMN-MDC; *Andrew Caplen Installations LLC et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00150-GMN-MDC; *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, No. 2:24-cv-00164-GMN-MDC; *Courtmanche et al. v Permian Resources Corp. et al.*, No. 2:24-cv-00198-GMN-MDC; *Mellor et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00253-GMN-MDC; *Santillo et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00279-GMN-MDC; *Beaumont et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00298-GMN-MDC; and *MacDowell et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00325-GMN-MDC.

Gibson, Dunn & Crutcher LLP

1  Court ordered "that any answer or motion to dismiss shall be filed 21 days after an order on the
2  motion to transfer has been filed." *Id.*
3     WHEREAS, Defendants intend to file a motion to transfer venue in the instant action
4  pursuant to the briefing schedule set by the Court in the Related Cases;
5     WHEREAS, good cause exists to suspend Defendants' obligations to answer or otherwise
6  respond to the Complaint until 21 days after an order on Defendants' forthcoming motion to
7  transfer has been filed. This is the first request related to the deadline for Defendants to respond
8  to the Complaint, and this request is not made for the purpose of delay.
9     NOW, THEREFORE, the parties have agreed, and respectfully submit for approval by the
10 Court the following:
11     1. The current deadline for Defendants to answer or otherwise respond to the
12        Complaint is suspended.
13     2. Defendants' deadline to answer or otherwise respond to the Complaint shall be 21
14        days after the Court's ruling on Defendants' forthcoming motion to transfer venue
15        is filed.
16  **IT IS SO STIPULATED.**

Dated: March 21, 2024

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Samuel G. Liversidge*
      Samuel G. Liversidge

Samuel G. Liversidge (*pro hac vice*)
Jay P. Srinivasan (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Boris Bershteyn (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Manhattan West
New York, NY  10001-8602
Telephone:  212.735.3000
Facsimile:   917.777.2000

W. West Allen (NV Bar No. 5566)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:  702.667.4843
Facsimile:   702.567.1568
wwa@h2law.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*


Dated: March 21, 2024

LEWIS ROCA LLP
E. Leif Reid


By: */s/ E. Leif Reid*


3993 Howard Hughes Parkway, Suite 600
Las Vegas , NV  89169

Dated: March 21, 2024

COHEN MILSTEIN SELLERS & TOLL PLLC


By: */s/ Michael Eisenkraft*
      Michael Eisenkraft

Michael Eisenkraft (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 883-7797
meisenkraft@cohenmilstein.com

Brent W. Johnson (pro hac vice pending)
Robert W. Cobbs (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Robert T. Eglet (NV Bar No. 3402)
Artemus W. Ham, IV; NV Bar No. 7001
Erica D. Entsminger; NV Bar No. 7432
EGLET ADAMS EGLET HAM & HENRIOD
400 South Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702): 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

*Counsel for Plaintiff*

| | |
|---|---|
| 1 | Tel: (775) 321-3415 |
| 2 | lreid@lewisroca.com |
| 3 | Jeffrey L. Kessler (*pro hac vice forthcoming*) |
| | Jeffrey J. Amato (*pro hac vice forthcoming*) |
| 4 | WINSTON & STRAWN LLP |
| | 200 Park Avenue |
| 5 | New York, New York 10166 |
| | Tel: (212) 294-6700 |
| 6 | jkessler@winston.com |
| 7 | jamato@winston.com |
| 8 | Thomas M. Melsheimer (*pro hac vice forthcoming*) |
| 9 | Thomas B. Walsh, IV (*pro hac vice forthcoming*) |
| | WINSTON & STRAWN LLP |
| 10 | 2121 N. Pearl Street, Suite 900 |
| | Dallas, TX 75201 |
| 11 | Tel: (212) 294-6700 |
| 12 | tmelsheimer@winston.com |
| | twalsh@winston.com |
| 13 | |
| 14 | *Attorneys for Defendant* |
| | *DIAMONDBACK ENERGY, INC.* |
| 15 | |
| 16 | |
| 17 | Dated:  March 21, 2024 |
| 18 | CAMPBELL & WILLIAMS |
| | J. Colby Williams, Esq. (5549) |
| 19 | Phillip R. Erwin, Esq. (11563) |
| 20 | By: /s/ J. Colby Williams |
| 21 | J. Colby Williams, Esq. |
| 22 | 710 South Seventh Street, Suite A |
| | Las Vegas, Nevada 89101 |
| 23 | Telephone: (702) 382-5222 |
| | jcw@cwlawlv.com |
| 24 | pre@cwlawlv.com |
| 25 | |
| 26 | Marguerite M. Sullivan (*pro hac vice forthcoming*) |
| 27 | Jason D. Cruise (*pro hac vice forthcoming*) |
| | LATHAM & WATKINS LLP |
| 28 | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004 |

Telephone: (202) 637-2200
Marguerite.Sullivan@lw.com
Jason.Cruise@lw.com

Lawrence E. Buterman (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Lawrence.Buterman@lw.com


*Attorneys for Defendant*
*CHESAPEAKE ENERGY CORPORATION*


Dated:  March 21, 2024

HOLLEY DRIGGS LTD
Nicholas J Santoro (NV Bar No. 532)
F. Thomas Edwards (NV Bar No. 9549)


By:  */s/ Nicholas J. Santoro*
         Nicholas J. Santoro

300 South 4th Street, Ste 1600
Las Vegas, NV 89101
Telephone : 702-791-0308
Fax: 702-791-1912
nsantoro@nevadafirm.com

Kevin S. Schwartz (*pro hac vice forthcoming*)
David A. Papirnik (*pro hac vice forthcoming*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212-403-1062
kschwartz@wlrk.com

*Attorneys for Defendant*
*HESS CORPORATION*


Dated:  March 21, 2024

SNELL & WILMER L.L.P.
Patrick G. Byrne (NV Bar No. 7636)

|    |    |
|---|---|
| 1  | Bradley T. Austin (NV Bar No. 13064) |
| 2  |    |
| 3  | By: /s/ Bradley T. Austin |
| 4  | 3883 Howard Hughes Parkway, Suite 1100 |
| 5  | Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200 |
| 6  | Facsimile: (702) 784-5252<br>pbyrne@swlaw.com |
| 7  | baustin@swlaw.com |
| 8  | Devora W. Allon (*pro hac vice forthcoming*)<br>KIRKLAND & ELLIS LLP |
| 9  | 601 Lexington Avenue |
| 10 | New York, NY 10022<br>devora.allon@kirkland.com |
| 11 | Telephone: 212-446-5967<br>Facsimile: 212-446-4900 |
| 12 |    |
| 13 | Jeffrey J. Zeiger (*pro hac vice forthcoming*)<br>KIRKLAND & ELLIS LLP |
| 14 | 300 North LaSalle<br>Chicago, IL 60654 |
| 15 | jzeiger@kirkland.com<br>Telephone: 312-862-3237 |
| 16 | Facsimile: 312-862-2200 |
| 17 | Akhil K. Gola (*pro hac vice forthcoming*) |
| 18 | KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W. |
| 19 | Washington, D.C. 20004<br>akhil.gola@kirkland.com |
| 20 | Telephone: 202-389-3256<br>Facsimile: 202-389-5200 |
| 21 |    |
| 22 | *Attorneys for Defendant* |
| 23 | *OCCIDENTAL PETROLEUM CORPORATION* |
| 24 |    |
| 25 | Dated: March 21, 2024 |
| 26 |    |
| 27 | By: /s/ Christopher E. Ondeck |
| 28 | Christopher E. Ondeck (*pro hac vice forthcoming*) |

|   |   |
|---|---|
| 1 | Stephen R. Chuk (*pro hac vice forthcoming*) |
| 2 | PROSKAUER ROSE LLP |
|   | 1001 Pennsylvania Avenue NW |
| 3 | Washington, DC 20004 |
|   | Telephone: (202) 416-6800 |
| 4 | condeck@proskauer.com |
|   | schuk@proskauer.com |
| 5 |   |
| 6 | Kyle A. Casazza (*pro hac vice forthcoming*) |
|   | PROSKAUER ROSE LLP |
| 7 | 2029 Century Park East, Suite 2400 |
|   | Los Angeles, CA 90067-3010 |
| 8 | Telephone: (310) 284-5677 |
|   | kcasazza@proskauer.com |
| 9 |   |
| 10 | Michael Burrage (*pro hac vice forthcoming*) |
|   | WHITTEN BURRAGE |
| 11 | 512 North Broadway Avenue, Ste 300 |
|   | Oklahoma City, OK 73102 |
| 12 | Telephone: (888) 783-0351 |
|   | mburrage@whittenburragelaw.com |
| 13 |   |
| 14 | *Attorneys for Defendant* |
|   | *CONTINENTAL RESOURCES, INC.* |
| 15 |   |
| 16 |   |
| 17 | Dated: March 21, 2024 |
| 18 | McDONALD CARANO LLP |
|   | Kristen T. Gallagher (NV Bar No. 9561) |
| 19 |   |
| 20 | By: /s/ Kristen t. Gallagher |
| 21 | Kristen T. Gallagher |
|   | 2300 West Sahara Ave., Suite 1200 |
| 22 | Las Vegas, NV 89102 |
|   | kgallagher@mcdonaldcarano.com |
| 23 |   |
| 24 | Michael W. Scarborough (*pro hac vice forthcoming*) |
| 25 | Dylan I. Ballard (*pro hac vice forthcoming*) |
|   | VINSON & ELKINS LLP |
| 26 | 555 Mission Street, Suite 2000 |
|   | San Francisco, CA 94105 |
| 27 | Telephone: (415) 979–6900 |
|   | Facsimile: (415) 651-8786 |
| 28 | mscarborough@velaw.com |

Gibson, Dunn &
Crutcher LLP

8

| | |
|---|---|
| 1 | dballard@velaw.com |
| 2 | Craig P. Seebald (*pro hac vice forthcoming*) |
| 3 | Adam L. Hudes (*pro hac vice forthcoming*)<br>Stephen M. Medlock (*pro hac vice forthcoming*) |
| 4 | VINSON & ELKINS LLP |
| 5 | 2200 Pennsylvania Avenue NW<br>Suite 500 West |
| 6 | Washington, DC 20037<br>Telephone: (202) 639-6500 |
| 7 | Facsimile: (202) 639-6604<br>cseebald@velaw.com |
| 8 | ahudes@velaw.com<br>smedlock@velaw.com |
| 9 | |
| 10 | *Attorneys for Defendant*<br>PERMIAN RESOURCES CORPORATION |

Dated: March 21, 2024

By: /s/ John M. Taladay
John M. Taladay (*pro hac vice forthcoming*)
Christopher Wilson (*pro hac vice forthcoming*)
Kelsey Paine (*pro hac vice forthcoming*)
Megan Tankel (*pro hac vice forthcoming*)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001-5692
Phone (202) 639-7909
Fax (202) 639-1165
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com

*Counsel for Defendant*
*EOG RESOURCES, INC.*

PISANELLI BICE PLLC

By: /s/ James J. Pisanelli

James J. Pisanelli, Esq., #4027
Debra L. Spinelli, Esq., #9695
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: 3-25-24

Gibson, Dunn &
Crutcher LLP